# UNITED STATES DISTRICT COURT
for the

___Central___ District of ___California___

___Orange County___ Division



FILED
CLERK, U.S. DISTRICT COURT
DEC 13 2021
CENTRAL DISTRICT OF CALIFORNIA
BY ___Kmll___ DEPUTY

Zachary Castaneda #3128898

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Jeff Zuker
Next Star Media
Luis Pacino
Comcast

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. __8:21-CV-2044-FMO-AGR__
*(to be filled in by the Clerk's Office)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Zachary Castañeda
All other names by which you have been known:
ID Number: DL644293
Current Institution: Theo Lacy Facility
Address: 501 The City Dr. S.
Orange, CA 92868
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Jeff Zuker
Job or Title *(if known)*: chief
Shield Number:
Employer: 1 CNN Center Atlanta
Address: 1 CNN Center Atlanta, Georgia 30303
City / State / Zip Code
[X] Individual capacity  [X] Official capacity

Defendant No. 2
Name: Next Star Media
Job or Title *(if known)*: Chief Owner
Shield Number:
Employer: KTLA Channel 5
Address: 5800 W. Sunset Blvd
Los Angeles, CA 90028
City / State / Zip Code
[X] Individual capacity  [ ] Official capacity

II. Basis For Jurisdiction B.

B. Jeff Zuker Violated My Constitutional Right's Amendment Number 8 Cruel & Unusual Punishment Inflicted

B. Next Star Media Violated My Constitutional Right's Amendment Number 8 Cruel & Unusual Punishment Inflicted.

B. Luis Pacino Violated My Constitutional Right's Amendment Number 8 Cruel & Unusual Punishment Inflicted

B. Comcast Violated My Constitutional Right's Amendment Number 8 Cruel & Unusual Punishment Inflicted.

II. Basis For Jurisdiction C.

C. Jeff Zuker Violated My Constitutional Right's Amendment Number 8 Cruel & Unusual Punishment Inflicted.

C. Next Star Media Violated My Constitutional Right's Amendment Number 8 Cruel & Unusual Punishment Inflicted.

C. Luis Pacino Violated My Constitutional Right's Amendment Number 8 Cruel & Unusual Punishment Inflicted.

C. Comcast Violated My Constitutional Right's Amendment Number 8 Cruel & Unusual Punishment Inflicted.

Defendant No. 3
Name: Luis Pacino
Job or Title (if known): chief Owner
Shield Number:
Employer: Univision Channel 34
Address: 5999 Center Drive
Los Angeles, CA 90045
City / State / Zip Code

[X] Individual capacity   [X] Official capacity

Defendant No. 4
Name: Comcast
Job or Title (if known): chief Owner
Shield Number:
Employer: Telemundo 52 KVEA
Address: 100 Universal City Plaza Bldg 2100
Universal, CA 91608
City / State / Zip Code

[X] Individual capacity   [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

   [X] Federal officials (a *Bivens* claim)

   [X] State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

## II. Basis For Jurisdiction   D.

D. Jeff Zuker Broadcasted Evidence Video Of Me On Cnn, With Fake New's. With Out My Consent. Acted Under Color Of Law.

D. Next Star Media Broadcasted Evidence Video Of Me On KTLA Channel 5, With Fake New's. With Out My Consent. Acted Under Color Of Law.

D. Luis Pacino Broadcasted Evidence Video Of Me On Univision Channel 34, With Fake New's. With Out My Consent. Acted Under Color Of Law.

D. Comcast Broadcasted Evidence Video Of Me On Telemundo 52 KVEA. With Fake New's. With Out My Consent. Acted Under Color Of Law.

IV. Statement OF Claim A.

A. The Event Arose On TV, Jeff Zuker CNN News Channel. On August 7, 2019.

A. The Event Arose On TV, Next Star Media KTLA channel 5. On August 7, 2019.

A. The Event Arose On TV, Luis Pacino Univision channel 34. On August 7, 2019.

A. The Event Arose On TV, Comcast Telemundo 52 KVEA. On August 7, 2019.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. **Prisoner Status**

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

[X] Pretrial detainee

[ ] Civilly committed detainee

[ ] Immigration detainee

[ ] Convicted and sentenced state prisoner

[ ] Convicted and sentenced federal prisoner

[ ] Other *(explain)*

IV. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

# IV. Statement Of Claim   C.

C. With Jeff Zuker, CNN News. The Date Was August 7, 2019, At Around 8:00 P.M. They Broadcasted Evidence Video Of Me. With Fake Story's About Me. I Am Fighting The Death Penalty. They Have Guaranteed My Execution With The Jury. Have Made Me A Target. Have Made My Family A Target. Have Put My Family's Life In Danger. Have Made It Unsafe For Us To Live.

C. With Next Star Media, KTLA Channel 5. The Date Was August 7, 2019 At Around 8:00 P.M. They Broadcasted Evidence Video Of Me. With Fake Story's About Me. I Am Fighting The Death Penalty. They Have Guaranteed My Execution With The Jury. Have Made Me A Target. Have Made My Family A Target. Have Put My Family's Life In Danger. Have Made It Unsafe For Us To Live.

C. With Luis Pacino, Univision Channel 34. The Date Was August 7, 2019 At Around 8:00 P.M. They Broadcasted Evidence Video Of Me. With Fake Story's About Me. I Am Fighting The Death Penalty. They Have Guaranteed My Execution With The Jury. Have Made Me A Target. Have Made My Family A Target. Have Put My Family's Life In Danger. Have Made It Unsafe For Us To Live.

C. With Comcast, Telemundo 52 KVEA. The Date Was August 7, 2019 At Around 8:00 P.M. They Broadcasted Evidence Video Of Me. With Fake Story's About Me. I Am Fighting The Death Penalty. They Have Guaranteed My Execution With The Jury. Have Made Me A Target. Have Made My Family A Target. Have Put My Family's Life In Danger. Have Made It Unsafe For Us To Live.

## IV. Statement Of Claim D.

D. The Fact's With Jeff Zuker CNN News, Is That It's On There Website Page. Video & Picture's Of Me. With Fake Headlines & Story's. What Happend To Me Was I Am A Target To The Jury. Guaranteed My Guilty Verdict In My Execution. They Have Put My Family's Life In Danger Of Death. Have Made It Unsafe For Us To Live. The Whole Nation Saw The Breaking News.

D) The Fact's With Next Star Media KTLA Channel 5, Is That It's On There Website Page. Video & Picture's Of Me. With Fake Head Line's & Story's. What Happend To Me Was I Am A Target To The Jury. Guaranteed My Guilty Verdict In My Execution. They Have Put My Family's Life In Danger Of Death. Have Made It Unsafe For Us To Live. The Whole Nation Saw The Breaking News.

D) The Fact's With Luis Pacino Univision Channel 34, Is That It's On There Website Page. Video & Pictures Of Me. With Fake Head Line's & Story's. What Happend To Me Was I Am A Target To The Jury. Guaranteed My Guilty Verdict In My Execution. They Have Put My Family's Life In Danger Of Death. Have Made It Unsafe For Us To Live. The Whole Nation Saw The Breaking News.

D. The Fact's With Comcast Telemundo 52 KVEA Is That It's On There Website Page. Video & Pictures Of Me. With Fake Head Line's & Story's. What Happened To Me Was I Am A Target To The Jury. Guaranteed My Guilty Verdict In My Execution. They Have Put My Family's Life In Danger Of Death. Have Made It Unsafe For Us To Live. The Whole Nation Saw The Breaking News.

## V. Injuries

These Are The Injuries Me & My Family Sustained. Emotional Distress, Anxiety, Menthal Anguish, Fear, Depressed, Suicidel, Physcological Screwed, Neglect, Life In Danger Of Death, Hate Crime Violence, Abused, Mistreatment, Discrimination, Brain Injury, Humiliation, Trauma To The Brain, Health Problems, Harrasment, Isolated, Crazy, Cyber Bulling, Death Treats, Bi-Polar, Pain & Suffering, Diabetes, High Blood Pressure, Loss Of Hunger, Loss Of Sleep, Hate Speech, Harmful Activity, Danger To The Family, Isolated With Out Medical Care. We Have Not Received Medical Treatment.

C.  What date and approximate time did the events giving rise to your claim(s) occur?

D.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

# VI. Relief

I Want An Apology From Jeff Zuker CNN News, Next Star Media KTLA Channel 5, Luis Pacino Univision Channel 34, Comcast Telemundo 52 KVEA. To Me & My Family!

I Want From Jeff Zuker $113,113,113,113.13 Cash. I Want 50% Percent Of CNN news. Checking & Saving Account, Real Estate's, Stocks, Bond's, Note's, Automobiles, Valuable Property, Jewelry, Jet's, Motorcycle's, Boat's. I Want To Be Half The Owner Of CNN News.

I Want From Next Star Media $113,113,113,113.13 Cash. I Want 50% Percent Of KTLA Channel 5. Checking & Saving Account, Real Estate's, Stocks, Bond's, Note's, Automobiles, Valuable Property, Jewelry, Jet's, Motorcycle's, Boat's. I Want To Be Half the Owner Of KTLA channel 5.

I Want From Luis Pacino $113,113,113,113.13 Cash. I Want 50% Percent Of Univision Channel 34. Checking & Saving Account, Real Estate's, Stocks, Bond's, Note's, Automobiles, Valuable Property, Jewelry, Jet's Motorcycle's, Boat's. I Want To Be Half The Owner Of Univision Channel 34.

I Want From Comcast $113,113,113,113.13 Cash. I Want 50% Percent Of Telemundo 52 KVEA. Checking & Saving Account, Real Estate, Stocks, Bond's, Note's, Automobiles, Valuable Property, Jewelry, Jet's Motorcycle's, Boat's, I Want To Be Half The Owner Of Telemundo 52 KVEA.

I Want All Video's, Picture's, Headline's Story About Me Deleted From CNN News, KTLA channel 5, Univision channel 34, Telemundo 52 KVEA & .com Page's.

I Want The Right's Reserve To The Video + Pictures Of Me.

FootNote: Nothing Is More Important Than Keeping My Family Safe!

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

2.  What did you claim in your grievance?

3.  What was the result, if any?

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

F.  If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here:

   2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

   ☐ Yes

   ☐ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit
      Plaintiff(s) _____
      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*
      _____

   3. Docket or index number
      _____

   4. Name of Judge assigned to your case
      _____

   5. Approximate date of filing lawsuit
      _____

   6. Is the case still pending?

      ☐ Yes

      ☐ No

      If no, give the approximate date of disposition. _____

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
      _____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

3. Docket or index number

4. Name of Judge assigned to your case

5. Approximate date of filing lawsuit

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Dec 4, 2021

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Zachary Castañeda
Prison Identification #: #3128898
Prison Address: 501 The City Dr South
Orange                  CA           92868
          City               State        Zip Code

### B.    For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

          City               State        Zip Code

Telephone Number
E-mail Address

